United States District Court
Southern District of Texas
**ENTERED**
October 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DAVID SMITH and** | § | |
| **MISTY SMITH,** | § | **CIVIL ACTION NO. 4:25-cv-03671** |
| Plaintiffs, | § | |
| | § | JURY DEMANDED |
| v. | § | |
| | § | |
| **TRAVELERS PERSONAL** | § | |
| **INSURANCE COMPANY,** | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiffs' Motion for Leave to File First Amended Complaint. Having considered the motion, any response, the record, and the applicable law, the Court finds the motion should be GRANTED.

It is therefore **ORDERED** that Plaintiffs' Motion for Leave to File First Amended Complaint is **GRANTED**. The Clerk is directed to file Plaintiffs' First Amended Complaint, attached to the motion as Exhibit A, as of the date of this Order.

It is so **ORDERED**.

Date: October 9, 2026

The Honorable Alfred H. Bennett
United States District Judge