**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Misty Smith, et al. | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−03671 |
| | § | |
| Travelers Personal Insurance Company, et al. | § | |
| | § | |

# Notice of Reassignment

This case is reassigned to the docket of United States District Judge Drew B Tipton pursuant to Special Order No. 2026−02.

Deadlines in scheduling orders remain in effect, and all court settings are vacated.

Date: October 15, 2026

Nathan Ochsner, Clerk