**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**COLLEGE STATION DIVISION**

| | | |
|---|---|---|
| **DAVID SMITH and** | § | |
| **MISTY SMITH,** | § | **CIVIL ACTION NO. 4:25-cv-03671** |
| Plaintiffs, | § | |
| | § | JURY DEMANDED |
| v. | § | |
| | § | |
| **TRAVELERS PERSONAL** | § | |
| **INSURANCE COMPANY,** | § | |
| **THE TRAVELERS INDEMNITY** | § | |
| **COMPANY, and** | § | |
| **BENJAMIN RAMSEIER,** | § | |
| Defendant. | § | |

**EXHIBIT A**

**Declaration of David Smith and Misty Smith**

In Support of Plaintiff's Motion for Exemption from PACER Fees

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**COLLEGE STATION DIVISION**

| | | |
|---|---|---|
| **DAVID SMITH and** | § | |
| **MISTY SMITH,** | § | **CIVIL ACTION NO. 4:25-cv-03671** |
| Plaintiffs, | § | |
| | § | JURY DEMANDED |
| v. | § | |
| | § | |
| **TRAVELERS PERSONAL** | § | |
| **INSURANCE COMPANY,** | § | |
| **THE TRAVELERS INDEMNITY** | § | |
| **COMPANY, and** | § | |
| **BENJAMIN RAMSEIER,** | § | |
| Defendant. | § | |

**DECLARATION OF DAVID SMITH AND MISTY SMITH**

**IN SUPPORT OF PLAINTIFFS' MOTION FOR EXEMPTION FROM PACER FEES**

We, David Smith and Misty Smith, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. We are the Plaintiffs in the above-captioned action and have personal knowledge of the facts set forth in this declaration.

2. We have currently identified approximately 1,888 cases that may serve as additional predicate acts relevant to the claims asserted in the First Amended Complaint. Additional cases may be identified through further research.

3. Full research of these cases is necessary to support the claims in this action.

4. We expect the research to be completed within the latter of six months or the completion of discovery.

5. The cost of accessing and reviewing this volume of docket information and documents at standard PACER rates would impose an unreasonable financial burden. The automatic quarterly fee exemption is insufficient for the volume of materials required.

6. We agree that we will not sell for profit any data obtained as a result of a PACER fee exemption, and we will not transfer any such data, including redistribution via internet-based databases, unless expressly authorized by the Court.

7. We declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2026, at Bryan, Texas.

/s/David Smith

David Smith, *pro se*

3505 Parkway Terrace

Bryan, Texas 77802

Telephone: 512-417-4280

Email: dsmith@payexpress.com

Plaintiff, Pro Se

/s/Misty Smith

Misty Smith, *pro se*

3505 Parkway Terrace

Bryan, Texas 77802

Telephone: 512-417-4280

Email: misty@mistysmith.com

Plaintiff, Pro Se