**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**COLLEGE STATION DIVISION**

| | | |
|---|---|---|
| **DAVID SMITH and** | § | |
| **MISTY SMITH,** | § | **CIVIL ACTION NO. 4:25-cv-03671** |
| Plaintiffs, | § | |
| | § | JURY DEMANDED |
| v. | § | |
| | § | |
| **TRAVELERS PERSONAL** | § | |
| **INSURANCE COMPANY,** | § | |
| **THE TRAVELERS INDEMNITY** | § | |
| **COMPANY, and** | § | |
| **BENJAMIN RAMSEIER,** | § | |
| Defendant. | § | |

**ORDER**

Pending before the Court is Plaintiffs' Motion for Waiver of PACER Fees. After reviewing the Motion, any response, the record, and the applicable law, the Court is of the opinion that it should be GRANTED.

It is therefore **ORDERED** that Plaintiffs' Motion for Waiver of PACER Fees is **GRANTED** such that Plaintiffs David Smith and Misty Smith are granted a limited exemption from the fees imposed under the Judicial Conference's Electronic Public Access Fee Schedule for access to the Public Access to Court Electronic Records (PACER) system. The exemption is limited as follows:

1. The exemption is granted solely for the purpose of researching cases relevant to the claims asserted in the First Amended Complaint in this action, including approximately 1,888 cases identified as potential additional predicate acts and any additional cases identified during that research.

2. The exemption is valid for a period of the latter of six (6) months from the date of this Order or the completion of discovery in this action.

3. Plaintiffs shall not sell for profit any data obtained as a result of this exemption. Plaintiffs shall not transfer any data obtained as a result of this exemption, including redistribution via internet-based databases, unless expressly authorized by the Court.

4. This exemption applies only to Plaintiffs and only to the electronic case files available through the PACER system for the purposes stated above. Plaintiffs are not exempt from fees incurred in connection with any other use of the PACER system.

5. This exemption may be revoked at the discretion of the Court at any time.

It is so **ORDERED**.

Date: ________________ ______________________________________

The Honorable Drew B. Tipton

United States District Judge