UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID SMITH and MISTY SMITH, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-03671 |
| | § | |
| TRAVELERS PERSONAL INSURANCE COMPANY, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT TRAVELERS PERSONAL INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pending before the Court is Defendant Travelers Personal Insurance Company's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint ("Motion"). Having considered the Motion, any response, the record, and the applicable law, the Court finds that good cause exists and that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the Motion is **GRANTED**. Defendant Travelers Personal Insurance Company shall answer or otherwise respond to Plaintiffs' First Amended Complaint on or before **November 16, 2026**.

It is **SO ORDERED.**

Signed this ___ of ________________, 20__.

________________________________________
HONORABLE DREW B. TIPTON
UNITED STATES DISTRICT JUDGE