United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MISTY SMITH and DAVID L SMITH,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-CV-03671** |
| | § | |
| **TRAVELERS PERSONAL INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY and BENJAMIN RAMSEIER,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Pending before the Court is Plaintiffs' Motion for Waiver of Pacer Fees. (Dkt. No. 26). The Court finds that Plaintiffs have demonstrated that an exemption from fees is necessary to avoid unreasonable burdens and to promote public access to information. Thus, Plaintiffs' Motion is **GRANTED**.

Plaintiffs are hereby exempted from payment of all PACER fees related to this matter. This Order applies to all fees incurred to date and henceforth until the matter is concluded. This exemption may be revoked at the Court's discretion. Plaintiff is not allowed to sell or otherwise transfer files downloaded from PACER under this order. The Court will provide notice of this order to PACER.

It is SO ORDERED.

Signed on October 30, 2026.

DREW B. TIPTON
UNITED STATES DISTRICT JUDGE